**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARLO A. JONES**<br><br>**v.**<br><br>**LVNV FUNDING, LLC and RESURGENT CAPITAL SERVICES, L.P.** | **CIVIL ACTION**<br><br>**NO. 16-cv-2735** |

**O R D E R**

**AND NOW**, this 20th day of July, 2016 upon consideration of Defendants' Motion to Dismiss (ECF 4) and all responses and replies thereto, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Motion is **DENIED.**

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-2735 Jones v. LVNV Funding LLC\16cv2735 order re MTD.docx